# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 00-3910

_____

| | | |
|---|---|---|
| National Labor Relations Board, | * | |
| | * | |
| Petitioner, | * | |
| | * | |
| v. | * | Petition for Enforcement of |
| | * | Order of the National Labor |
| Budrovich Contracting Company; | * | Relations Board. |
| and Budrovich Excavating Company, | * | |
| a Single Employer, | * | [UNPUBLISHED] |
| | * | |
| Respondents. | * | |

_____

Submitted: September 10, 2001

Filed: October 15, 2001

_____

Before MORRIS SHEPPARD ARNOLD and BRIGHT, Circuit Judges, and KYLE,[1] District Judge.

_____

PER CURIAM.

The National Labor Relations Board petitions to enforce its order finding that Budrovich Contracting Company and Budrovich Excavating Company violated 29 U.S.C. § 158(a)(1) and § 158(a)(3) in a number of ways, most notably by laying

_____

[1]The Honorable Richard H. Kyle, United States District Judge for the District of Minnesota.

off and discharging two union employees for demanding rights secured to them by a collective bargaining agreement, and by coercively interrogating another union employee.

We detect no error in the Board's appreciation or application of the law, and its findings of fact are supported by substantial evidence in the record, that is, " 'such relevant evidence as a reasonable mind might accept as adequate to support a conclusion.' " *Carleton College v. NLRB*, 230 F.3d 1075, 1077 (8th Cir. 2000), quoting *Consolidated Edison Co. of N.Y. v. NLRB*, 305 U.S. 197, 229 (1938). We therefore grant the Board's petition and enforce its order in its entirety.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.